PETER MCCLUSKEY, Appellant, v GABOR AND GABOR et al., Respondents.

Decided April 6, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of NGOYI PAUL NGOYI, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Decided April 6, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMO-TEO RAMIREZ, Appellant.

Submitted March 1, 2010; decided April 6, 2010

Motion for assignment of counsel granted and Norman A. Olch, Esq. relieved as counsel and Diane V. Bruns, Esq., care of Schlather, Stumbar, Parks & Sack, 200 E. Buffalo Street, Ithaca, New York 14850 assigned as counsel to the appellant on the appeal herein in his stead.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMO-TEO RAMIREZ, Appellant.

Submitted March 8, 2010; decided April 6, 2010

Motion to vacate this Court's February 16, 2010 dismissal order granted [see 14 NY3d 769 (2010)].